UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-20929-GAYLES/Turnoff

TAMBLYN CUBERO, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF FRANK FLIPPO, DECEASED

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.
a/k/a ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION, d/b/a ROYAL
CARIBBEAN CRUISE LINE and d/b/a ROYAL
CARIBBEAN INTERNATIONAL

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff, by and through undersigned counsel, to hereby file a Notice of Settlement advising the Court that the parties have reached an agreement in this matter. Plaintiff requests that the Court retain jurisdiction to enforce the terms of this settlement until all settlement funds have been tendered and received by Plaintiff's counsel and until those funds have cleared normal banking channels. The parties will be filing dismissal documents within the next sixty (60) days.

DATED: October 7, 2016    Respectfully submitted,

    **MOORE & COMPANY, PA.**
    *Counsel for Plaintiff*
    355 Alhambra Circle, Suite 1100
    Coral Gables, Florida 33134
    (786) 221-0600 Telephone

1

(786) 2210601 Fax

laltman@moore-and-co.com
swagner@moore-and-co.com

**s/ Lars Altman**
Lars Altman, Esq.
Fla. Bar No. 118552

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 7th day of October, 2016. We also certify that the foregoing was served on all counsel or parties of record on the Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

**s/ Lars Altman**
Lars Altman

## SERVICE LIST
CASE NO: 16-cv-20929-GAYLES/Turnoff

Scott Andrew Wagner, Esq.
swagner@moore-and-co.net
Moore & Company
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33114
Tel: 786-221-0600 Fax: 786-221-0601
*Counsel for Plaintiffs*

Lars Altman, Esq.
laltman@moore-and-co.com
Moore and Company P.A.
355 Alhambra Circle, Suite 1100
Coral Gables, FL 33134
Tel: 786-221-0600/Fax: 786-221-0601
*Counsel for Plaintiff*

Darren W. Friedman, Esq.
dfriedman@fflegal.com
Marcus G. Mahfood, Esq.
mmahfood@fflegal.com
Jenna F. Gushue, Esq.
jgushue@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555/ Fax: 305-374-9077
*Counsel for Defendant*