UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 16-cv-20929-GAYLES/Turnoff

TAMBLYN CUBERO, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF FRANK FLIPPO, DECEASED

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.
a/k/a ROYAL CARIBBEAN CRUISES LTD.,
A LIBERIAN CORPORATION, d/b/a ROYAL
CARIBBEAN CRUISE LINE and d/b/a ROYAL
CARIBBEAN INTERNATIONAL

    Defendant.
_____/

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, TAMBLYN CUBERO, AS PERSONAL REPRESENTATIVE FOR THE ESTATE OF FRANK FLIPPO, DECEASED ("Plaintiff") and ROYAL CARIBBEAN CRUISED LTD. ("Defendant") in accordance with Federal Rule of Civil Procedure 41, the Notice of Court Practice Upon Notice of Settlement and Order Closing Case [DE 22], and the General Release of All Claims, hereby file this Joint Stipulation for Dismissal with Prejudice of the above styled action, with each party to bear its respective costs and fees.

Dated: December 19, 2016                                               Respectfully submitted,

                                **MOORE & COMPANY, P.A.**
                                *Counsel for Plaintiff*
                                255 Aragon Ave, 3rd Floor
                                Coral Gables, FL 33134
                                Tel.: (786) 221-0600
                                Facsimile: (786) 221-0601
                                Email: swagner@moore-and-co.com


                                s/ Scott A. Wagner
                                Scott A. Wagner
                                Florida Bar No. 10244


## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on December 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                        s/Scott A. Wagner