UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-20929-GAYLES

**TAMBLYN CUBERO, et al.,**
    Plaintiffs,
v.

**ROYAL CARIBBEAN CRUISES LTD.,**
    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 23]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All parties shall bear their own attorney's fees and costs.

This action remains **CLOSED** and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of December, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE